**Motion Granted; Reinstated, Order filed January 15, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00577-CV
_____

### TIEN SHAN, INC AND ALPER KARAALI, Appellants

### V.

### PETROLEUM WHOLESALE, L.P., Appellee

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2007-46858**

---

## ORDER

On September 8, 2011, this court issued an abatement order because we were notified that appellant Tien Shan, Inc. had petitioned for voluntary bankruptcy protection under cause number 11-37546-H3-11. We were later advised that appellant Alper Karaali also petitioned for bankruptcy protection under cause number 12-31228-H3-11. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2.

Appellant Alper Karaali has now provided the court with copies of the bankruptcy court's orders dismissing both bankruptcy proceedings, and he has requested that we reinstate the appeal. Tex. R. App. P. 8.3.

We **GRANT** the motion to reinstate and issue the following order:

The appeal is ordered **REINSTATED.** Appellant Alper Karaali's appellate brief is due on or before **February 14, 2013.** The corporate appellant, Tien Shan, Inc., is required to be represented in this appeal by a licensed attorney. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.,* 937 S.W.2d 455, 456 (Tex. 1996). Accordingly, unless counsel makes an appearance on behalf of Tien Shan, Inc., on or before **January 28, 2013,** the corporation's appeal will be dismissed.

PER CURIAM